**FILED**

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, <br><br> Plaintiff, <br> vs. <br><br> TEDDY FREIJ, <br><br> Defendant. | NO.: CR 3-06-70252 JL <br><br><br><br> **ORDER** |

The Court hereby ORDERS that the conditions of release set for defendant TEDDY FREIJ be modified to allow him to travel to Alpine, California with his family from June 30, 2006 through July 7, 2006. In all other respects, said conditions of release shall continue as previously ordered.

DATED: June 30, 2006

_____
NANDOR VADAS
United States Magistrate Judge

- 2 -