FILED

2006 SEP 15 PM 1:39

RICH...
U.S. ...

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2

3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4
   C. DAVID HALL (CSBN 66081)
5  Assistant United States Attorney
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone: (415) 436-7168
7
   Attorneys for the Plaintiff
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,          )    No. 3-06-70252 JL
                                      )
12            Plaintiff,              )
                                      )
13       v.                           )    UNITED STATES MOTION AND
                                      )    STIPULATION AND
14                                    )    ~~PROPOSED~~ ORDER CONTINUING
                                      )    THE STATUS DATE
15 TEDDY CARL FREJ,                   )
                                      )
16            Defendant.              )
                                      )
17

18

19       The parties stipulate and agree that the Court hearing set for September 15, 2006 should

20 be continued to October 27, 2006 so that the parties can continue discovery and investigation.

21 The parties further stipulate and agree that the ends of justice are served by the Court granting a

22 continuance from September 15, 2006 to October 27, 2006, so that the discovery can be reviewed

23 and investigations completed.  The parties ask that the Court find that this interest of justice

24 outweighs the interest of the public and the defendants in a speedy trial and an indictment or

25 information filed within 30 days of the defendant's arrest, in accordance with Title 18, § 3161(b)

26 and (h)(8)(A), and the defendant consents to have a preliminary hearing more than 20 days from

27 the date of his arrest pursuant to Title18 U.S.C. §3060(c) and Federal Rule of Criminal Procedure

28
   STIP. AND [PROPOSED] ORDER
   CASE NO. 3-06-70252 JL                    1

1    5.

2

3    DATED:  September 14, 2006.

4                                          Respectfully submitted,

5                                          KEVIN V. RYAN (CASBN 118321)
                                           United States Attorney
6

7

8                                                    /s/
                                           C. DAVID HALL
9                                          Assistant United States Attorney

10

11

12                                                   /s/
                                           PHILLIP VAUGHNS
13                                         Attorney for Mr. Frej

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     STIP. AND [PROPOSED] ORDER
     CASE NO. 3-06-70252 JL                    2

Case 3:06-mj-70252-JL   Document 12-1   Filed 09/14/2006   Page 3 of 4

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,                    )         No. 3-06-70252 JL
                                             )
12                                           )
          Plaintiff,                         )
                                             )
13        v.                                 )         (PROPOSED) ORDER
                                             )
14  TEDDY CARL FREJ,                         )
                                             )
15        Defendant.                         )
                                             )

16
17        GOOD CAUSE APPEARING, the Court finds that:

18        1. So that the parties may complete discovery and investigation, the ends of justice

19  served by the granting of this continuance outweighs the interest of the public and the defendant

20  in a speedy trial and an indictment or information filed within 30 days of the defendant's arrest,

21  in accordance with 18 U.S.C. §3161(b) and (h)(8)(A).

22        2. The defendant consents to his preliminary hearing being held longer than 20 days after

23  his arrest pursuant to 18 U.S.C. §3060(c) and Federal Rule of Criminal Procedure 5.

24        3. IT IS THEREFORE ORDERED that the status conference be continued to October

25  27, 2006, in order to allow the defendant sufficient time to review the discovery material and

26  complete their investigation, and the period of this continuance shall be excluded for the

27  //

28

STIP. AND [PROPOSED] ORDER
CASE NO. 3-06-70252 JL                              3

1  purposes of computing the time within an Indictment must be filed or a preliminary hearing held.

2  SO ORDERED.

3

4  DATED: __5-15-06__

5

6  JAMES LARSON
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER
CASE NO. 3-06-70252 JL                         4