JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste. 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-531-5294

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA,<br><br>    Plaintiff,<br>vs.<br><br>TEDDY CARL FREIJ,<br><br>    Defendant. | NO.: CR 3-06-70252 JL<br><br>**STIPULATION RE: CONTINUANCE AND EXCLUDABLE TIME UNDER 18 U.S.C. §3161 AND ORDER**<br>AS MODIFIED<br>Date: October 27, 2006<br>Time: 9:00 a.m.<br>Hon. James Larson |

Teddy Carl Freij, through his undersigned counsel, and the United States, through its counsel, David C. Hall, hereby agree as follows:

The parties jointly request that this matter be continued from October 27, 2006 to November 13, 2006, at 9:00 a.m., or the Court's next available and convenient date thereafter for preliminary hearing or arraignment.

In the past weeks, Mr. Freij has delivered to counsel certain materials which are expected to influence the Government's prosecutorial intentions in this matter. It is felt by all parties that the additional time requested will serve the interests of judicial economy.

Mr. Freij does not object to a finding that time be excluded between October 27, 2006 to, and including the date requested above. Thus, the parties respectfully request that the Court exclude time as above by making a finding that the failure to grant the instant continuance would

1 | result in a miscarriage of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(I).

4 | Dated: October 20, 2006

JAMES PHILLIP VAUGHNS
Attorney for Defendant
TEDDY CARL FREIJ

Dated: October 26, 2006

DAVID C. HALL
Assistant U.S. Attorney

- 2 -

- 3 -

## ORDER

Based on the foregoing, the Court hereby finds that the interests of justice will be served by continuing this matter. Additionally, it is necessary for effective preparation of counsel.

Based on this finding, IT IS HEREBY ORDERED that this matter is continued until __November 13,__ 2006, at ~~9:00 a.m.~~ 9:30am for preliminary hearing or arraignment. Time is excluded, for the reasons noted by the parties and set forth above, between October 27, 2006 to, and including, __November 13__, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(I).

DATED: October 27, 2006

*IT IS SO ORDERED AS MODIFIED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

~~JAMES LARSON~~ ELIZABETH D. LAPORTE
United States Magistrate Judge

-3-