1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7168
7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,           )   No. 3-06-70252 (JL)
                                        )
12         Plaintiff,                   )
                                        )   GOVERNMENT'S MOTION TO DISMISS
13     v.                               )   AND (PROPOSED) ORDER
                                        )
14                                      )
   TEDDY FREIJ,                         )
15                                      )
           Defendant.                   )
16 _____ )

17     The United States Attorney's Office for the Northern District of California moves to dismiss

18 the charges against Teddy Freij without prejudice in the above entitled indictment pursuant to

19 Federal Rule of Criminal Procedure 48 (a).   *Bud is exonerated. [initials]*

20

21 DATED: March 7, 2007              Respectfully submitted,

22                                   SCOTT N. SCHOOLS
                                     United States Attorney
23

24                                   _____
                                     C. DAVID HALL
25                                   Assistant United States Attorney

26

27

28

   MOTION TO DISMISS
   [3-06-70252] [JL]

1  (PROPOSED) ORDER

2      Upon the motion of the United States, the proceedings in the above entitled matter is

3  dismissed without prejudice as to the defendant Teddy Freij.

4  Dated: 3/7/07

5

6

7  _____
   HON. EDWARD M. CHEN
   United States Magistrate Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO DISMISS
[3-06-70252] [JL]